DOCK BOHANNON *v*. STATE. JAMES BOHANNON *v*. STATE.

The legal questions involved in these cases are ruled by *Hollis* v. *The State* and *Garrett* v. *The State,* just decided. The facts in evidence warranted the verdict, and there was no error in denying a new trial.                                              *Judgment affirmed.*

June 15, 1892. By two Justices.

For report see the preceding case.